[No. 11420.  *En Banc.*  November 28, 1914.]

D. NICHOLS, *Administrator etc., et al., Respondents,* v. FRANK CAPEN *et al., Appellants.*[1]

Appeal from a judgment of the superior court for Clarke county, McMaster, J., entered January 9, 1913, upon findings in favor of the plaintiffs, in an action for equitable relief.  Reversed.

*Emmons & Webster* and *Miller, Crass & Wilkinson,* for appellants.

*John H. Perry, Robert J. Upton,* and *Henry St. Rayner,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the opinion heretofore filed herein as reported in 79 Wash. 120, 139 Pac. 868.

For the reasons there stated, the judgment is reversed.

———

[No. 11902.  *En Banc.*  November 28, 1914.]

THE STATE OF WASHINGTON, *Appellant,* v. HENRY R. ALLEN, *Respondent.*[2]

Appeal from a judgment of the superior court for Mason county, Mitchell, J., entered March 3, 1914, upon sustaining a demurrer to the information, dismissing a prosecution for the illegal taking of fish.  Reversed.

*R. A. Lathrop,* for appellant.

*T. P. Fisk* and *Kerr & McCord,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the opinion heretofore filed herein as reported in 80 Wash. 83, 141 Pac. 292.

For the reasons there stated, the judgment is reversed.

[1]Reported in 144 Pac. 294.

[2]Reported in 144 Pac. 294.